**(STAY / JS6 Admin)**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| YAJUN WANG,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL,<br><br>      Defendants. | No. 5:24-cv-00617-SSS-SPx<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable Sunshine Suzanne Sykes<br>United States District Judge<br><br>**NOTE CHANGES MADE BY COURT** |

1  Having read and considered the Joint Stipulation to Stay the Case Pending
2  Adjudication of Application submitted by the parties, and finding good cause therefor,
3  IT IS HEREBY ORDERED that the instant action shall be stayed until August 6,
4  2025.
5  The parties are further DIRECTED to file a Joint Status Report no later than July
6  23, 2025, advising the Court of the status of this action.
7  The Clerk is DIRECTED to close the case administratively.

Dated: April 22, 2024

HONORABLE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE